the punishment, 30 days in jail and a fine of $100.

The record contains no statement of facts, and what is denominated a bill of exception is but an unverified motion for new trial which is followed by the notation "Motion overruled. R. E. Crawford, Judge."

This does not constitute a certification by the trial judge that the matter complained of in fact occurred, and presents nothing for review.

The judgment is affirmed.

Howard M. Fender, Dist. Atty., George C. Thompson, Jr., and Conard Florence, Asst. Dist. Attys., Fort Worth, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is theft of property of the value of $50 or over; the punishment, 3 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**George McLAINE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28226.

Court of Criminal Appeals of Texas.

April 4, 1956.

**William C. LEWIS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28078.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

